[No. 67167-7-I. Division One. October 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM GREGORY BERGQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03093-8, Brian M. Tollefson, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler and Lau, JJ.

[No. 40116-9-II. Division Two. October 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK LEROY CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04299-9, Ronald E. Culpepper, J., entered December 18, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 40156-8-II. Division Two. October 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RANDALL STAFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01587-2, John P. Wulle, J., entered December 14, 2009. *Reversed* by unpublished opinion per Penoyar, C.J., concurred in by Johanson, J.; Hunt, J., dissenting.

[No. 40261-1-II. Division Two. October 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY A. SUNDBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00384-0, Toni A. Sheldon, J., entered January 22, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Quinn-Brintnall, J.; Hunt, J., dissenting in part.